| | |
|---|---|
| 1  Jordan Yu (SBN 227341)<br>   jsyu@reedsmith.com<br>2  Thuy N. Tran (SBN 258104)<br>   ttran@reedsmith.com<br>3  REED SMITH LLP<br>   355 South Grand Avenue, Suite 2900<br>4  Los Angeles, CA 90071-1514<br>   Telephone:  +1 213 457 8000<br>5  Facsimile:   +1 213 457 8080 | CLOSED |

6  Attorneys for Defendants Countrywide
7  Home Loans, Inc., BAC Home Loans
   Servicing, LP (erroneously sued as "Bank
8  of America"), ReconTrust Company,
   N.A., Mortgage Electronic Registration
9  Systems, Inc., and The Bank Of New
   York Mellon F/K/A The Bank Of New
10 York, As Trustee For The
   Certificateholders, Cwalt, Inc.,
11 Alternative Loan Trust 2007-Hy4,
   Mortgage Pass-Through Certificates,
12 Series 2007-Hy4, A New York Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  JUSTIN MIR,<br>                    Plaintiff,<br>16           vs.<br>17  COUNTRYWIDE HOME LOANS, INC.<br>    a California Corporation, BANK OF<br>18  AMERICA, a North Carolina Corporation,<br>    RECONTRUST COMPANY, N.A. a<br>19  California Corporation, MORTGAGE<br>    ELECTRONIC REGISTRATION<br>20  SYSTEMS, a Michigan Corporation,<br>    GATEWAY TITLE COMPANY, a<br>21  California Corporation, THE BANK OF<br>    NEW YORK MELLON F/K/A THE<br>22  BANK OF NEW YORK, AS TRUSTEE<br>    FOR THE CERTIFICATEHOLDERS,<br>23  CWALT, INC., ALTERNATIVE LOAN<br>    TRUST 2007-HY4, MORTGAGE PASS-<br>24  THROUGH CERTIFICATES, SERIES<br>    2007-HY4, a New York Company; All<br>25  Persons Unknown Claiming Any Legal or<br>    Equitable Right, Title, Estate, Lien or<br>26  Interest in the Property Described in the<br>    Complaint Adverse to Plaintiff's Title, or<br>27  Any Cloud on Plaintiff's Title; and DOES<br>    1 through 50, inclusive,<br>28                    Defendants. | No.: CV10-01481 DDP (PJWx)<br><br>Honorable Dean D. Pregerson<br><br>**JUDGMENT** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP (erroneously sued as "Bank of America"), ReconTrust Company, N.A., Mortgage Electronic Registration Systems, Inc., and The Bank Of New York Mellon F/K/A The Bank Of New York, As Trustee For The Certificateholders, Cwalt, Inc., Alternative Loan Trust 2007-Hy4, Mortgage Pass-Through Certificates, Series 2007-Hy4, A New York Company's (collectively, "Defendants") Motion to Dismiss came before the Honorable Dean D. Pregerson, United States District Judge.

The Court found Defendants' Motion to Dismiss appropriate for decision without oral argument (Docket No. 11) and entered an Order Granting Defendants' Motion to Dismiss on May 4, 2010 ("Order") (Docket No. 12). For the reasons set forth in the Court's Order, and good cause appearing,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP (erroneously sued as "Bank of America"), ReconTrust Company, N.A., Mortgage Electronic Registration Systems, Inc., and The Bank Of New York Mellon F/K/A The Bank Of New York, As Trustee For The Certificateholders, Cwalt, Inc., Alternative Loan Trust 2007-Hy4, Mortgage Pass-Through Certificates, Series 2007-Hy4, A New York Company, and against Plaintiff Justin Mir.

IT IS SO ORDERED

DATED: June 01, 2010

_____
Honorable Dean D. Pregerson
United States District Judge